UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ENEDINO BASURTO FRANCO,
HUMBERTO GALINDO OLIVERA,
WILVER BASURTO FRANCO, and FIDEL
GASPAR AYALA, *individually and on behalf
of others similarly situated,*

                        Plaintiffs,

      -against-

AGORA TURKISH RESTAURANT INC.
(D/B/A AGORA), MUSTAFA SELCUK
OZEN A.K.A. SERCHU A.K.A.
CACHANDO, and SEMA OZASLAN OZEN,

                        Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2021

21-CV-2544-GHW

**JUDGMENT**

      WHEREAS on or about July 16, 2021, Defendants AGORA TURKISH RESTAURANT INC. (D/B/A AGORA), MUSTAFA SELCUK OZEN A.K.A. SERCHU A.K.A. CACHANDO, and SEMA OZASLAN OZEN extended to Plaintiffs ENEDINO BASURTO FRANCO, HUMBERTO GALINDO OLIVERA, WILVER BASURTO FRANCO, and FIDEL GASPAR AYALA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Ninety Thousand Dollars and Zero Cents ($90,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about July 19, 2021,

      JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>Ninety Thousand Dollars and Zero Cents ($90,000.00)</u>

      The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

      SO ORDERED.

Dated: July 20, 2021
New York, New York

                                           _____
                                           JUDGE GREGORY H. WOODS, U.S.D.J.